United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CESAR UZIEL BONILLA-HERNANDEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-05895** |
| § | |
| **WARDEN GRANT DICKEY,** *et al.*, § | |
| § | |
| Respondents. § | |
| § | |

## ORDER

Before the Court is Petitioner Cesar Uziel Bonilla-Hernandez's Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion for a Temporary Restraining Order (ECF No. 2), and Respondents' Motion to Dismiss / Motion for Summary Judgment (ECF No. 6). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions.

The Court therefore **DENIES** Respondents' Motion to Dismiss (ECF No. 6). However, Respondents are correct insofar as they argue that a bond hearing under 8 U.S.C. § 1226(a), rather than immediate release, is the proper remedy for Respondents' incorrect application of 8 U.S.C. § 1225(b)(2) to Petitioner. Additionally, this Court is without jurisdiction to permanently enjoin Respondents from lawfully removing Petitioner from the United States in the future. The Court also **DENIES AS MOOT** Petitioner's Motion for a Temporary Restraining Order (ECF No. 2).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within five days, that is, by December 23, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody status no later than December 27, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on December 18, 2025.

_____
Keith P. Ellison
United States District Judge