United States District Court
Southern District of Texas
**ENTERED**
December 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CESAR UZIEL BONILLA HERNANDEZ,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-05895 |
| § **GRANT DICKEY,** *et al.*, § § | |
| Respondents. § | |

### ORDER

Before the Court is Petitioner Cesar Uziel Bonilla Hernandez's Emergency Motion to Enforce Court Order and for Immediate Release (ECF No. 8). The Court has been informed that after the filing of this Motion, Petitioner was released. *See* ECF No. 9. Petitioner's Motion is therefore DENIED as moot.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of December, 2025.

Keith P. Ellison
United States District Judge